FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:19MJ 367 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: August 20, 2019 |
| RYAN J. HARN, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 –CLASS A MISDEMEANOR- 7879448)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 6, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, RYAN J. HARN, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Heroin, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2 - Class B Petty - 7879449)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 6, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, RYAN J. HARN, did unlawfully operate a motor vehicle while under the influence of intoxicating liquor or drugs, to a degree that rendered her incapable of safe operation of a motor vehicle.

(Violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

(Count 3 - Class B Petty - 7879447)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 6, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, RYAN J. HARN, did unlawfully fail to maintain that degree of control of a motor vehicle necessary to avoid danger to person, property or wildlife.

(Violation of Title 36, Code of Federal Regulations, Section 4.22(b)(3)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: William E. Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
William.Fitzpatrick@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 15th day of August, 2019.

William E. Fitzpatrick
Assistant U.S. Attorney